In the Matter of the Application of DAVID MEYER, Respondent, for a Mandamus Order against PAUL MOSS, as Commissioner of Licenses of the City of New York, Appellant.— Order granting petitioner's motion for a peremptory order of mandamus to the extent of appointing a referee to hear and report, unanimously reversed, with twenty dollars costs and disbursements, and the motion for a peremptory mandamus denied, with ten dollars costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

NORMAN COHEN, an Infant under the Age of Fourteen Years, by MORRIS COHEN, His Guardian ad Litem, and MORRIS COHEN, Appellants, v. ARCHIE BAIRD, Defendant. HARRY A. GAIR, Petitioner-Respondent.— Order granting petitioner's motion fixing his lien on the fee of the attorney of record for plaintiffs in a negligence action unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, without prejudice to an action based on the alleged equitable lien. (See Fried v. Cahn, 239 App. Div. 213.) Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MAX POGOSTIN, Doing Business as M. POGOSTIN COMPANY, Appellant, v. MONARCH FIRE INSURANCE COMPANY, Respondent.— Order denying plaintiff's motion for a discovery and inspection unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. The date for the discovery and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CHATHAM TOY WORKS, INC., Respondent, v. THE RIPPON COMPANY, INCORPORATED, Appellant, Impleaded with Another.— Order, so far as appealed from, granting in all respects plaintiff's motion for examination before trial of defendant-appellant, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

FELIX HALZBAND, as a Stockholder of BRITISH TYPE INVESTORS, INC., etc., Respondent, v. BRITISH TYPE INVESTORS, INC., and Others, Appellants, Impleaded with Others.— Order denying motion of defendants-appellants for an order requiring plaintiff to separately state and number the facts set forth in the fifth cause of action; and order resettling said order, in so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of SCHARLIN MOTOR CORPORATION, a Domestic Corporation, Appellant, for a Peremptory Mandamus Order against SAMUEL FASSLER, as Commissioner of Buildings, Borough of Manhattan, City of New York, Respondent.— Order denying petitioner's motion for a peremptory order of mandamus unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.